**DISMISS and Opinion Filed December 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00974-CV

**PAULA LAWRENCE, Appellant**
**V.**
**LACE ME INC. D/B/A SALON LACE ME, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-01494**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated October 2, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days, cautioning that the failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. Appellant has failed to file a brief or extension motion and has not communicated with the Court since September 4, 2018.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180974F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PAULA LAWRENCE, Appellant

No. 05-18-00974-CV     V.

LACE ME INC. D/B/A SALON LACE
ME, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-01494.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LACE ME INC. D/B/A SALON LACE ME recover its costs, if any, of this appeal from appellant PAULA LAWRENCE.

Judgment entered December 20, 2018.